**FLORIDA NATIONAL BUILDING CORPORATION, et al., v. THE MIAMI BEACH FIRST NATIONAL BANK, et al.**

10 So. (2nd) 311                                   En Banc
November 3, 1942

Emmett C. Choate and Giles J. Patterson, for appellants.

Copeland & Therrell and Vincent C. Giblin, for appellees.

PER CURIAM:

The decree of this court in the above cause contemplates that such decree shall be without prejudice to the right of the appellee bank to institute a suit for an accounting as trustee as may be appropriate, the proceeding being for a declaratory decree under the statute.

Petition for recall of mandate and for amendment of judgment denied.

WHITFIELD, TERRELL, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.

BROWN, C. J., dissents:

BROWN, C. J., dissenting:

I think our former judgment of reversal with direction to dismiss the bill, so that appellee may have the accounting prayed for in the bill in this same case—All the parties are before the court in this case, and the matter could be speedily handled and concluded and the former trustee accorded a judicial settlement of its trust involving numerous bondholders—I think the motions should be granted.